UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VICKIE LITTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:15-133 |
| ) | Judge Aleta A. Trauger |
| SUMNER REGIONAL MEDICAL CENTER, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons discussed in the accompanying Memorandum, the defendant's Motion for Summary Judgment (Docket No. 30) is hereby **GRANTED** and this action is **DISMISSED WITH PREJUDICE**.

Entry of this Order shall constitute judgment in the case.

It is so **ORDERED**.

Enter this 24th day of August 2016.

_____
ALETA A. TRAUGER
United States District Judge